Benjeman Beck (SBN 268617)
ben@nolemon.com
Carey Wood (SBN 292447)
carey@nolemon.com
Sean Crandall (SBN 306768)
sean@nolemon.com
**CONSUMER LAW EXPERTS, PC**
5757 West Century Blvd, Suite 500
Los Angeles, CA 90045
Telephone: (310) 442-1410
Facsimile: (877) 566-8828

Attorneys for Plaintiff,
HENRY CANANI

**SANDERS ROBERTS LLP**
Justin H. Sanders (SBN 211488)
jsanders@sandersroberts.com
Sabrina Narain (SBN 299471)
snarain@sandersroberts.com
Alexandra Lototsky (SBN 311921)
alototsky@sandersroberts.com
1055 W. 7th Street, Suite 3200
Los Angeles, CA 90017
(213) 426-5000 (office)
(213) 234-4581 (fax)

Attorneys for Defendant FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HENRY CANANI,<br><br>    Plaintiff,<br><br>  vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-03346-SB-JC<br><br>**JOINT WITNESS LIST**<br><br>Trial:   December 13, 2021<br>PTC:    December 3, 2021<br><br>Judge: Hon. Stanley Blumenfeld<br>Magistrate: Hon. Jacqueline Chooljian |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff HENRY CANANI and Defendant FORD MOTOR COMPANY, by and through their attorneys of record, hereby submit the following Joint witness List for trial in the above-referenced matter.

| | | PLAINTIFF | | |
|---|---|---|---|---|
| No. | Witness | Length of Direct | Length of Cross | Total |
| 1 | Henry Canani – Plaintiff.<br><br>**Spanish Language Interpreter Required**<br><br>Expected Testimony: Overall experience with the Subject Vehicle, Plaintiff's damages. | 2 hours | 1 hour | 3 hours |
| 2 | Jason Green – AutoNation Ford Torrance's (ANFT) Person Most Qualified.<br><br>Expected Testimony: ANFT's experience with the subject vehicle, communications between ANFT and Plaintiff, and communications between ANFT and Defendant. | 0.5 hours | 0.5 hours<br><br>This estimate is based on the possibility that this witness is allowed to testify as anticipated by Plaintiff. However, Ford objects to this testimony on the basis that it is irrelevant and will tend to confuse the issues and unduly waste the time of the Court and jury (FRE 401-403) because Ford has | 1 hour |

| | **PLAINTIFF** | | | |
|---|---|---|---|---|
| No. | Witness | Length of Direct | Length of Cross | Total |
| | | | admitted liability on the issue of repurchase of the Subject Vehicle. | |
| 3 | Jesus Cisneros – AutoNation Ford Torrance's (ANFT) Service Advisor.<br><br>Expected Testimony: Personal experience with the Subject Vehicle, communications with Plaintiff, communications with Defendant, and communications with ANFT. | 0.5 hours | 0.5 hours<br><br>This estimate is based on the possibility that this witness is allowed to testify as anticipated by Plaintiff. However, Ford objects to this testimony on the basis that it is irrelevant and will tend to confuse the issues and unduly waste the time of the Court and jury. (FRE 401-403) because Ford has admitted liability on the issue of repurchase of the Subject Vehicle. | 1 hour |
| 4 | Obed Cicilia – AutoNation Ford Torrance's (ANFT) Technician 2109<br><br>Expected Testimony: Personal experience servicing the Subject Vehicle, communications with | 0.5 hours | 0.5 hours<br><br>This estimate is based on the possibility that this witness is allowed to testify as anticipated by Plaintiff. | 1 hour |

| | **PLAINTIFF** | | | |
|---|---|---|---|---|
| No. | Witness | Length of Direct | Length of Cross | Total |
| | Defendant; and communications with ANFT | | However, Ford objects to this testimony on the basis that it is irrelevant and will tend to confuse the issues and unduly waste the time of the Court and jury. (FRE 401-403) because Ford has admitted liability on the issue of repurchase of the Subject Vehicle. | |
| 5 | Kurt Kindler – Defendant's Rule 30(b)(6) Witness<br><br>Expected Testimony: Technical aspects of the warranty repair history on the subject vehicle and the repairs performed. | 0.5 hours (Adverse) | 0.5 hours<br><br>This estimate is based on the possibility that this witness is allowed to testify as anticipated by Plaintiff. However, Ford objects to this testimony on the basis that it is irrelevant and will tend to confuse the issues and unduly waste the time of the Court and jury (FRE 401-403) because Ford has admitted liability on the issue of | 1 hour |

| | | **PLAINTIFF** | | | |
|---|---|---|---|---|---|
| | No. | Witness | Length of Direct | Length of Cross | Total |
| | | | | repurchase of the Subject Vehicle. | |
| | | Julie Moore – Defendant's Rule 30(b)(6) Witness<br><br>Expected Testimony: Defendant's prelitigation decision as to why Ford did not repurchase subject vehicle. | 0.5 hours (Adverse) | 0.5 | 1 hour |
| | 6 | Felipe Wehede – AutoNation Ford Torrance's (ANFT) Technician 6037<br><br>Expected Testimony: Personal experience servicing the Subject Vehicle, communications with Defendant; and communications with ANFT. | 0.5 hours (Adverse) | 0.5 hours<br><br>This estimate is based on the possibility that this witness is allowed to testify as anticipated by Plaintiff. However, Ford objects to this testimony on the basis that it is irrelevant and will tend to confuse the issues and unduly waste the time of the Court and jury. (FRE 401-403) because Ford has admitted liability on the issue of repurchase of the Subject Vehicle. | 1 hour |
| | 7 | Greg West – Defendant's Rule 30(b)(6) Witness | 0.5 hours | 0.5<br><br>This estimate is | 1 hour |

| No. | Witness | Length of Direct | Length of Cross | Total |
|-----|---------|------------------|-----------------|-------|
|  | **PLAINTIFF** | | | |
| | Expected Testimony: Defendant's internal and technical communications about subject vehicle and the warranty repair history. | | based on the possibility that this witness is allowed to testify as anticipated by Plaintiff. However, Ford objects to this testimony on the basis that it is irrelevant and will tend to confuse the issues and unduly waste the time of the Court and jury (FRE 401-403) because Ford has admitted liability on the issue of repurchase of the Subject Vehicle. | |
| 8 | AutoNation Ford Torrance Custodian of Records<br><br>Expected Testimony: Authentication of Records. | 0.5 hours | 0.5 hours<br><br>This estimate is based on the possibility that this witness is allowed to testify as anticipated by Plaintiff. However, Ford objects to this testimony on the basis that it is irrelevant and will tend to confuse the issues and unduly | 1 hour |

| | | PLAINTIFF | | |
|---|---|---|---|---|
| No. | Witness | Length of Direct | Length of Cross | Total |
| | | | waste the time of the Court and jury. (FRE 401-403) because Ford has admitted liability on the issue of repurchase of the Subject Vehicle. | |
| 9 | Thomas Lepper – Plaintiff's Expert.<br><br>Expected Testimony: Vehicle inspection, expert opinions and supporting facts. | 1 hour | 1 hour<br><br>This estimate is based on the possibility that this witness is allowed to testify as anticipated by Plaintiff. However, Ford objects to this testimony on the basis that it is irrelevant and will tend to confuse the issues and unduly waste the time of the Court and jury. (FRE 401-403) because Ford has admitted liability on the issue of repurchase of the Subject Vehicle. | 2 hours |

| | | **DEFENDANT** | | |
|---|---|---|---|---|
| No. | Witness | Length of Direct | Length of Cross | Total |
| 1. | Julie Moore – Ford's Rule 30(b)(6) Witness<br><br>Expected Testimony: Defendant Ford's pre-litigation policies and procedures from 2018 to March 16, 2021, regarding repurchasing vehicles under the Song-Beverly Consumer Warranty Act; contacts and communications with Plaintiff or lack thereof; Ford's participation in a third-third party dispute resolution program. | 1.5 hours | 0.5 | 2.0 |
| 2. | Kurt Kindler -- Defendant's Expert.<br><br>Expected Testimony: Expert opinions and supporting facts. Defendant anticipates calling Mr. Kindler only if Plaintiff's expert, Mr. Lepper, testifies. | 1.5 hours | 1.0 | 2.5 |

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's contents and have authorized the filing.

Dated: November 9, 2021
CONSUMER LAW EXPERTS, PC

By: __/s/Benjeman Beck__
    BENJEMAN BECK
    CAREY WOOD
    SEAN CRANDALL
    Attorneys for Plaintiff,
    HENRY CANANI

Dated: November 12, 2021
SANDERS ROBERT LLP

By: __/s/Alexandra Lototsky__
    JUSTIN H. SANDERS, ESQ.
    SABRINA NARAIN, ESQ.
    ALEXANDRA LOTOTSKY, ESQ.
    Attorneys for Defendant,
    FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2021, I filed the foregoing document entitled **JOINT WITNESS LIST** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

By: */s/Benjeman Beck*
Benjeman Beck
Sean Crandall
Carey Wood
Attorneys for Plaintiff,
HENRY CANANI