Benjeman Beck (SBN 268617)
ben@nolemon.com
Carey Wood (SBN 292447)
carey@nolemon.com
Sean Crandall (SBN 306768)
sean@nolemon.com
**CONSUMER LAW EXPERTS, PC**
5757 West Century Blvd, Suite 500
Los Angeles, CA 90045
Telephone: (310) 442-1410
Facsimile: (877) 566-8828

Attorneys for Plaintiff, HENRY CANANI

**SANDERS ROBERTS LLP**
Justin H. Sanders (SBN 211488)
jsanders@sandersroberts.com
Sabrina Narain (SBN 299471)
snarain@sandersroberts.com
Alexandra Lototsky (SBN 311921)
alotosky@sandersroberts.com
1055 W. 7th Street, Suite 3200
Los Angeles, CA 90017
(213) 426-5000 (office)
(213) 234-4581 (fax)

Attorneys for Defendant, FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HENRY CANANI, | Case No. 2:21-cv-03346-SB-JC |
| Plaintiff, | **SECOND AMENDED JOINTLY PROPOSED VERDICT FORMS – ALL CAUSES OF ACTION** |
| vs. | |
| FORD MOTOR COMPANY; and DOES 1 through 50, inclusive, | Trial:   December 27, 2021 |
| Defendants. | Judge: Hon. Stanley Blumenfeld<br>Magistrate: Hon. Jacqueline Chooljian |

**SECOND AMENDED JOINTLY PROPOSED VERDICT FORMS – ALL CAUSES OF ACTION**

# CAUSE OF ACTION 1: VIOLATION OF CIVIL CODE SECTION 1793.2

Plaintiff HENRY CANANI and Defendant FORD MOTOR COMPANY have stipulated to the following facts:

- Plaintiff HENRY CANANI purchased a 2018 Ford F-150 distributed by FORD MOTOR COMPANY.

- FORD MOTOR COMPANY gave HENRY CANANI a written warranty.

- The 2018 F-150 had a defect covered by the warranty that substantially impaired the vehicle's use to a reasonable buyer in HENRY CANANI'S situation.

- FORD MOTOR COMPANY or its authorized repair facility failed to repair the vehicle to match the written warranty after a reasonable number of opportunities to do so.

- FORD MOTOR COMPANY failed to promptly replace or repurchase the vehicle. [FORD MOTOR COMPANY did not replace or buyback the vehicle before the lawsuit was filed.]

- HENRY CANANI'S Cal. Civ. Code § 1793.2(d) "repurchase damages" are $37,095.15.

Please proceed to the next page.

We answer the questions submitted to us as follows:

**1.     Did FORD MOTOR COMPANY willfully fail to repurchase or replace the 2018 Ford F-150?**

　　　　　　　_____ Yes　　　　　　　　_____ No

If your answers to question 1 is yes, then answer question 2.

If you answered no, then proceed to the next page.

**2.     What amount, if any, do you impose as a penalty for FORD MOTOR COMPANY's willful failure to repurchase or replace the vehicle? [You may not exceed two (2) times the amount of Mr. Canani's "repurchase damages" (i.e., $37,095.15).]**

　　　　　　　**PENALTY:**　　　　$_____

Please proceed to the next page.

**SECOND AMENDED JOINTLY PROPOSED VERDICT FORMS – ALL CAUSES OF ACTION**

**Stop here and have the presiding juror sign and date this form.**

Dated: _____                    _____
                                                                            PRESIDING JUROR

**After the verdict form has been signed, notify the bailiff that you are ready to present your verdict in the courtroom.**

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's contents and have authorized the filing.

Dated: December 27, 2021

**CONSUMER LAW EXPERTS, PC**

By: */s/Benjeman Beck*
    BENJEMAN BECK
    CAREY WOOD
    SEAN CRANDALL
    Attorneys for Plaintiff,
    HENRY CANANI

Dated: December 27, 2021

**SANDERS ROBERT LLP**

By: */s/ Sabrina Narain*
    JUSTIN H. SANDERSON, ESQ.
    SABRINA NARAIN, ESQ.
    ALEXANDRA LOTOTSKY, ESQ.
    Attorneys for Defendant,
    FORD MOTOR COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2021, I filed the foregoing document entitled **SECOND AMENDED JOINTLY PROPOSED VERDICT FORMS – ALL CAUSES OF ACTION** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

By: */s/Benjeman Beck*
Benjeman Beck
Sean Crandall
Carey Wood
Attorneys for Plaintiff,
HENRY CANANI