# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CV 21-03346 SB (JCx) | Date: December 27, 2021 |

Title: *Henry Canani v. Ford Motor Company et al*

Present: The Honorable **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Cruz | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Benjeman R. Beck | Justin H. Sanders |
| Sean William Crandall | Sabrina Celia Narain (ZOOM) |

**Proceedings:** [Minutes] PRETRIAL CONFERENCE

The Court advises the parties of the potential need to trail the case. The parties agree they will complete the case, including closing arguments, by Wednesday. Based on the agreement, the Court agrees to proceed with trial tomorrow. Plaintiff is permitted to appear remotely with the assistance of a Spanish Interpreter who must be present with him to allow for simultaneous interpretation. The Court holds until tomorrow a body attachment for subpoenaed witnesses who did not appear. The Court Orders Defendant to redact information in the exhibits about attorneys' fees. The Court and counsel confer and settle the jury instructions. After hearing argument, the Court Orders that witness Kurt Kindler shall testify in person.

1:43