# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CV 21-03346 SB (JCx) | Date | December 29, 2021 |
| Title: | *Henry Canani v. Ford Motor Company et al* | | |

Present: The Honorable **Stanley Blumenfeld Jr.**

| Kevin Reddick | Judy Moore |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Benjeman R Beck<br>Sean William Crandall | Sabrina Celia Narain<br>Justin H Sanders |

\_\_\_ Day Court Trial        **2nd** Day Jury Trial

\_\_\_ One day trial:   \_\_\_ Begun (1st day);   x Held & Continued;   \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by   all parties
\_\_\_ Witnesses called, sworn and testified.   \_\_\_ Exhibits Identified   \_\_\_ Exhibits admitted.
\_\_\_ Plaintiff(s) rest.   \_\_\_ Defendant(s) rest.
x Closing arguments made by   x plaintiff(s)   x defendant(s).   x Court instructs jury.
x Bailiff(s) sworn.   x Jury retires to deliberate.   \_\_\_ Jury resumes deliberations.
x Jury Verdict in favor of   \_\_\_ plaintiff(s)   x defendant(s) is read and filed.
x Jury polled.   \_\_\_ Polling waived.
x Filed Witness & Exhibit Lists   x Filed jury notes.   x Filed jury instructions.
\_\_\_ Judgment by Court for   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Case submitted.   \_\_\_ Briefs to be filed by
\_\_\_ Motion to dismiss by \_\_\_ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Motion for mistrial by \_\_\_ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Settlement reached and placed on the record.
\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
\_\_\_ Case continued to \_\_\_ for further trial/further jury deliberation.
x Other:   The parties shall submit a proposed judgment no later than January 10, 2022. If a motion for attorney's fees is filed it shall be submitted no later than January 10, 2022. Opposition shall be due January 14, 2022. Optional reply shall be submitted no later than January 17, 2022.

                                                                                                1 : 13

Initials of Deputy Clerk   kr

cc: