UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK U.S. DISTRICT COURT
DEC 29 2021
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Case No. <u>CV 21-3346 SB (JCx)</u>      Date: 12/29/2021

Time: 10:08 am

JURY NOTE NUMBER ~~0~~ 1

__✓__   THE JURY HAS REACHED A UNANIMOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

_____
_____
_____
_____
_____
_____
_____
_____

SIGNED: _____
                FOREPERSON OF THE JURY