

FILED
CLERK U.S. DISTRICT COURT
DEC 29 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HENRY CANANI,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 2:21-cv-03346-SB-JC<br><br>**VERDICT FORM** |

We answer the questions submitted to us as follows:

1. Did FORD MOTOR COMPANY willfully fail to repurchase or replace the 2018 Ford F-150?

_____ Yes          ___✓___ No

If your answer to question 1 is yes, then answer question 2.

If your answer is no, stop here and sign and date the verdict form below.

2. What amount, if any, do you impose as a penalty for FORD MOTOR COMPANY's willful failure to repurchase or replace the vehicle?

**PENALTY:**          $_____

**Stop here and have the presiding juror sign and date this form.**

Dated: 12/29/2021

PRESIDING JUROR

**After the verdict form has been signed, notify the bailiff that you are ready to present your verdict in the courtroom.**