**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| HENRY CANANI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 2:21-cv-03346-SB-JC<br><br>**STIPULATED JUDGMENT AND ORDER**<br><br>Trial:　December 28, 2021<br><br>Judge: Hon. Stanley Blumenfeld, Jr.<br>Magistrate: Hon. Jacqueline Chooljian |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff HENRY CANANI ("Plaintiff") and Defendant FORD MOTOR COMPANY ("Defendant") (collectively, "the Parties"), by and through their respective counsel of record, have entered into a stipulation for entry of judgment on Plaintiff's 1st Cause of Action to the Complaint for Violation of Civil Code 1793.2(d) and 5th Cause of Action to the Complaint for Breach of the Implied Warranty of Merchantability (California Civil Code § 1791.1). The Complaint was filed on March 17, 2020.

The Parties stipulate to the following Findings and Order:

## FINDINGS

1. Plaintiff Henry Canani purchased a 2018 Ford F-150 distributed by Ford Motor Company.

2. At the time of purchase, Ford Motor Company was in the business of distributing 2018 Ford F-150 vehicles.

3. Ford Motor Company gave Henry Canani a written warranty covering the 2018 Ford F-150.

4. The 2018 Ford F-150 had a defect covered by a written warranty and that substantially impaired its use.

5. Henry Canani delivered the vehicle to Ford Motor Company or its authorized repair facility for repair of the defect.

6. Ford Motor Company or its authorized repair facility failed to repair the vehicle to match the written warranty after a reasonable number of opportunities to do so.

7. Henry Canani's 2018 Ford F-150 was not of the same quality as those generally accepted in the trade or fit for the ordinary purpose for which it was intended.

8. Plaintiff is entitled to recover $38,979.85 with respect to Plaintiff's

5th Cause of Action for Breach of the Implied Warranty of Merchantability.

9. Plaintiff is entitled to recover $37,095.15 with respect to Plaintiff's 1st Cause of Action for Violation of Civil Code Section 1793.2(d).

10. Plaintiff elects recovery of $38,979.85 for Plaintiff's 5th Cause of Action for Breach of the Implied Warranty of Merchantability and does not seek to recover $37,095.15 for the Plaintiff's 1st Cause of Action.

11. This action came for Trial on December 28, 2021 in Department 6C of the United States District Court, Central District of California, the Hon. Stanley Blumenfeld, Jr., presiding. A unanimous jury of eight sworn-in individuals reached a verdict finding that Ford Motor Company did not willfully fail to repurchase or replace the 2018 Ford F-150.

**THEREFORE, it is ORDERED:**

1. Plaintiff is entitled to recover judgment for a total sum of $38,979.85, inclusive of damages for breach of both the express warranty and the implied warranty.

2. The parties further agree that this Stipulated Judgment entitles Plaintiff to pursue reasonable attorney fees, costs and expenses pursuant to California Civil Code § 1794(d) and is the prevailing party.

CONSUMER LAW EXPERTS, PC
Dated: December 29, 2021

SANDERS ROBERT LLP
Dated: January 7, 2022

By: */s/ Benjeman Beck*
   BENJEMAN BECK
   CAREY WOOD
   SEAN CRANDALL
   Attorneys for Plaintiff,
   HENRY CANANI

By: */s/ Sabrina Narain*
   JUSTIN H. SANDERS, ESQ.
   SABRINA NARAIN, ESQ.
   Attorneys for Defendant
   FORD MOTOR COMPANY

## JUDGMENT AND ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFF HENRY CANANI AND AGAINST FORD MOTOR COMPANY.**

**JUDGMENT IS ENTERED IN FAVOF OF PLAINITFF AS FOLLOWS:**

1. Total payment of $38,979.85 on Plaintiff's election of remedy for the breach of the implied warranty and not breach of the express warranty.
2. Attorney fees, costs and expenses are to be resolved informally.
3. If the parties are unable to informally resolve the attorney fees, costs and expenses by motion then Plaintiff shall file a motion for attorney fees, costs and expenses by January 10, 2022.
4. Defendant is to file any opposition by January 14, 2022.
5. Plaintiff may file a reply by January 17, 2022.

**SO ORDERED.**

Dated:  January 7, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge

---

1

**STIPULATED JUDGMENT AND ORDER**